**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

SUSAN WOERTH MILLER, *et al.*,

*Plaintiffs*,

v.

ASTELLAS US LLC, *et al.*,

*Defendants*.

Case No. 1:20-cv-03882

Hon. Ronald A. Guzman

Magistrate Judge Heather K. McShain

CLASS ACTION

**PLAINTIFFS' MOTION TO PROVISIONALLY SEAL DOCUMENTS PRODUCED BY
DEFENDANTS IN SUPPORT OF PLAINITFFS' MOTION TO COMPEL**

Pursuant to Local Rule 26.2(c), Plaintiffs' have provisionally filed Exhibits 3–15, and 17–19 under seal. The documents were produced in discovery by Defendants and are attached to Plaintiffs' reply memorandum in support of their Motion to Compel. Doc. 69.

Defendants have designated and marked these materials as Confidential under the terms of the Protective Order in this matter. Doc. 60. For this reason, Plaintiffs' request that the Court provisionally seal these exhibits to provide Defendants an opportunity to submit further briefing in response to this Motion as to whether these materials should remain under seal.

For these reasons, Plaintiffs respectfully request that the Court grant Plaintiffs' Motion to Provisionally Seal the documents.

Date: March 26, 2021              Respectfully submitted,

/s/ Troy A. Doles

SCHLICHTER BOGARD & DENTON LLP
Jerome J. Schlichter
Troy A. Doles
Kurt C. Struckhoff
100 South Fourth Street, Suite 1200
St. Louis, MO, 63102
(314) 621-6115
(314) 621-5934 (fax)
jschlichter@uselaws.com
tdoles@uselaws.com
kstruckhoff@uselaws.com

*Lead Counsel for Plaintiffs*

DEGRAND & WOLFE, P.C.
Luke DeGrand
Tracey L. Wolfe
20 S. Clark Street, Ste. 2620
Chicago, IL 60603
(312) 236-9200
(312) 236-9201 (fax)
ldegrand@degrandwolfe.com
twolfe@degrandwolfe.com
*Local Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the CM/ECF system will be sent

electronically to the registered participants as identified on the Notice of Electronic Filing on

March 26, 2021.

/s/ Troy A. Doles
Troy A. Doles