**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.3**
**Eastern Division**

Susan Woerth Miller, et al.

         Plaintiff,

v.                 Case No.: 1:20−cv−03882
                 Honorable Ronald A. Guzman

Astellas US LLC, et al.

         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, April 1, 2021:

  MINUTE entry before the Honorable Heather K. McShain: The Court has reviewed the defendants' responses [88, 89] to plaintiffs' motion to provisionally seal documents produced by defendants in support of plaintiffs' motion to compel [82]. For the reasons stated by Astellas US LLC and Aon Hewitt Investment Consulting, Inc., the Court orders that Exhibit 3 to plaintiffs' reply, filed at [81], be unsealed. For the reasons stated by Aon Hewitt Investment Consulting, Inc., the Court orders that Exhibits 5−15 and 17−19 be maintained under seal and that Exhibit 4, filed at [81−1], be unsealed. Plaintiffs' motion to provisionally seal documents [82] is terminated as moot. Mailed notice(pk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.