UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SUSAN WOERTH MILLER, FAURUM SANKARI, ANGELA HEIMGARTNER, MICHAEL WACHALA, MARY BETH PREUSS, ERIC TERHAERDT, PATRICIA WALSH, AND SHEILA EARLY, individually and as representatives of classes of participants and beneficiaries on behalf of the Astellas US Retirement and Savings Plan, <br><br> Plaintiffs, <br><br> v. <br><br> ASTELLAS US LLC, THE BOARD OF DIRECTORS OF ASTELLAS US LLC, THE ASTELLAS RETIREMENT PLAN ADMINISTRATIVE COMMITTEE, AND AON HEWITT INVESTMENT CONSULTING, INC. (N/K/A AON INVESTMENTS USA, INC.), <br><br> Defendants. | Civil Action No. 1:20-cv-03882 <br><br> Honorable Ronald A. Guzman <br><br> CLASS ACTION |

**DEFENDANTS' MOTION TO STRIKE PLAINTIFFS' DEMAND FOR JURY TRIAL PURSUANT TO FED. R. CIV. P. 39(a)(2)**

Defendants Aon Hewitt Investment Consulting, Inc. (NKA Aon Investments USA, Inc.) ("AHIC") and Astellas US LLC, the Board of Directors of Astellas US LLC, the Astellas Retirement Plan Administrative Committee (collectively, the "Astellas Defendants"), hereby move pursuant to Federal Rule of Civil Procedure 39(a)(2) to strike Plaintiffs' demand for a jury trial set forth in their Amended Complaint (ECF No. 173) ("Am. Compl."). For the reasons stated in the accompanying Memorandum of Law, it is well established that each of Plaintiffs'

1

claims must be tried before the Court and not a jury, and their demand for a jury trial must be struck accordingly.

## LOCAL RULE 37.2 CERTIFICATION

On March 1, 2022, Mr. William D. Pollak, on behalf of Defendants, and Mr. Troy Doles, on behalf of Plaintiffs, conferred by email to discuss Defendants' *Motion to Strike Plaintiffs' Jury Demand*. During this conference, counsel for Plaintiffs stated that Plaintiffs do not assent to such request for relief. Accordingly, after good faith attempts to resolve their differences, the parties are unable to reach an accord.

Dated:  March 1, 2022

Respectfully Submitted,

*/s/* Brian Boyle
O'MELVENY & MYERS LLP
Brian D. Boyle
Shannon M. Barrett
1625 Eye Street, N.W.
Washington, DC 20006-4001
Telephone:  (202) 383–5300
bboyle@omm.com
sbarrett@omm.com

Stuart M. Sarnoff (*pro hac vice*)
William Pollak (*pro hac vice*)
Times Square Tower
7 Times Square
New York, NY 10036
Telephone:  (212) 326–2000
ssarnoff@omm.com
wpollak@omm.com

John R. Landis
FOLEY & LARDNER LLP
321 North Clark Street, Suite 3000
Chicago, IL 60654-4762
Tel:  (312) 832–4539

*Attorneys for Aon Hewitt Investment Consulting Inc. (NKA Aon Investments USA, Inc.)*

Christopher Boran
Matthew A. Russell
Samuel D. Block
MORGAN, LEWIS & BOCKIUS LLP
110 N. Wacker Drive
Chicago, IL 60606
Telephone: 312.324.1000
christopher.boran@morganlewis.com
matthew.russell@morganlewis.com
samuel.block@morganlewis.com

Jeremy P. Blumenfeld
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103-2921
Telephone: 215.963.5000
jeremy.blumenfeld@morganlewis.com

*Attorneys for Defendants Astellas US LLC, its Board of Directors, and the Astellas Retirement Plan Administrative Committee*

3

## **CERTIFICATE OF SERVICE**

      I, Brian Boyle, hereby certify that on March 1, 2022, I electronically filed the foregoing *Memorandum of Law in Support of Defendants' Motion to Strike Plaintiffs' Demand for Jury Trial* using the CM/ECF system, which will send notification of such filing to all registered participants.

                                         */s/ Brian D. Boyle*
                                         Brian D. Boyle

                                         *Attorney for Aon Hewitt Investment Consulting Inc.*
                                         *(NKA Aon Investments USA, Inc.)*