IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MICHAEL WACHALA, et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> ASTELLAS US LLC, et al., <br><br> *Defendants*. | Case No. 1:20-cv-03882 <br><br> Hon. Martha M. Pacold <br><br> CLASS ACTION |

**PLAINTIFFS' MOTION FOR ATTORNEYS' FEES, REIMBURSEMENT OF EXPENSES, AND CASE CONTRIBUTION AWARDS FOR CLASS REPRESENTATIVES**

Under Federal Rules of Civil Procedure 23(h) and 54(d)(2), Plaintiffs move that the Court approve an attorneys' fee award of $3,166,666 (one-third of the monetary recovery) and a cost award of $525,586.08 to Class Counsel, Schlichter Bogard LLP, as well as case contribution awards of $20,000 to each of the Class Representatives. Class Counsel bore tremendous risk in order to benefit the Class. In spite of this risk, Class Counsel, leveraging its hard-earned reputation as the foremost attorneys in 401(k) excessive fee litigation, achieved an exceptional result for the class by obtaining a substantial monetary fund and other valuable affirmative relief that will continue to benefit the class for years to come. The requested percentage of the settlement fund is comparable to attorneys' fees awards in similar cases and is **less than one-third** of its lodestar rate. Based on all of the relevant factors, and for the reasons stated in Plaintiffs' supporting memorandum, Plaintiffs respectfully request that the Court grant their motion.

September 1, 2023                                       Respectfully submitted,

                                                        SCHLICHTER BOGARD LLP

                                                        /s/ Troy A. Doles
                                                        Jerome J. Schlichter
                                                        Troy A. Doles
                                                        Heather Lea
                                                        Kurt C. Struckhoff
                                                        100 South Fourth Street, Suite 1200
                                                        St. Louis, MO, 63102
                                                        (314) 621-6115
                                                        (314) 621-5934 (fax)
                                                        jschlichter@uselaws.com
                                                        tdoles@uselaws.com
                                                        hlea@uselaws.com
                                                        kstruckhoff@uselaws.com

                                                        *Lead Counsel for Plaintiffs*

                                                        DeGrand & Wolfe, P.C.
                                                        Luke DeGrand
                                                        Tracey L. Wolfe
                                                        20 S. Clark Street, Ste. 2620
                                                        Chicago, IL 60603
                                                        (312) 236-9200
                                                        (312) 236-9201 (fax)
                                                        ldegrand@degrandwolfe.com
                                                        twolfe@degrandwolfe.com

                                                        *Local Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on September 1, 2023.

          /s/ Troy A. Doles