IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MICHAEL WACHALA, et al., | Case No. 1:20-cv-03882 |
| *Plaintiffs*, | Hon. Martha M. Pacold |
| v. | CLASS ACTION |
| ASTELLAS US LLC, et al., | |
| *Defendants*. | |

**UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS SETTLEMENT**

Plaintiffs move this Court for final approval of the Class Action Settlement and move the Court for the entry of the submitted proposed Final Order. Defendants do not oppose the granting of this motion.

This motion is supported by Plaintiffs' Memorandum in Support of Joint Motion for Preliminary Approval of Class Settlement (Doc. 226); this Court's Order preliminarily approving this Settlement (Doc. 231); Plaintiffs' Memorandum in Support of Plaintiffs' Motion for Attorneys' Fees, Reimbursement of Expenses, and Case Contribution Awards for Named Plaintiffs (Doc. 233); the Declaration of Analytics Consulting LLC, the Settlement Administrator; the Statement of Gallagher Fiduciary Advisors, LLC, serving as the Independent Fiduciary, approving the Settlement, including attorneys' fees and expenses (attached to Plaintiffs' Memorandum as Exhibit 1); and Plaintiffs' accompanying Memorandum in Support of Final Approval.

October 19, 2023    Respectfully submitted,

SCHLICHTER BOGARD LLP

/s/ Troy A. Doles
Jerome J. Schlichter
Troy A. Doles
Heather Lea
Kurt C. Struckhoff
100 South Fourth Street, Suite 1200
St. Louis, MO, 63102
(314) 621-6115
(314) 621-5934 (fax)
jschlichter@uselaws.com
tdoles@uselaws.com
hlea@uselaws.com
kstruckhoff@uselaws.com

*Lead Counsel for Plaintiffs*

DeGrand & Wolfe, P.C.
Luke DeGrand
Tracey L. Wolfe
20 S. Clark Street, Ste. 2620
Chicago, IL 60603
(312) 236-9200
(312) 236-9201 (fax)
ldegrand@degrandwolfe.com
twolfe@degrandwolfe.com

*Local Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on October 19, 2023.

                                          /s/ Troy A. Doles