**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.7.1.1**
**Eastern Division**

Michael Wachala, et al.
                                   Plaintiff,

v.                                                                               Case No.: 1:20−cv−03882
                                                                               Honorable Martha M. Pacold

Astellas US LLC, et al.
                                   Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, November 2, 2023:

      MINUTE entry before the Honorable Martha M. Pacold: Fairness hearing held on 11/2/2023. Plaintiffs' unopposed motion for final approval of class settlement [236] is granted. Plaintiffs' motion for attorneys' fees, reimbursement of expenses, and case contribution awards for class representatives [232] is granted. The court finds the settlement is fair, reasonable, and adequate as to, and in the best interests of the Settlement Class. Enter final order and judgment. Enter order for attorneys' fees, reimbursement of expenses, and case contribution awards for class representatives. Civil case terminated. (rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.